**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2284**

---

TREMEL MARQUIS ROSSER,

> Plaintiff - Appellant,

> v.

MARCO RUBIO; SUPREME COURT OF THE UNITED STATES LEGAL TEAM,

> Defendants - Appellees.

---

**No. 25-2286**

---

TREMEL MARQUIS ROSSER,

> Plaintiff - Appellant,

> v.

JEREMY HALL, Badge 2852 Virginia Beach Police; VIRGINIA BEACH MAGISTRATE,

> Defendant - Appellees.

---

**No. 25-2287**

---

TREMEL MARQUIS ROSSER,

Plaintiff - Appellant,

v.

ARMED FORCES; PRESIDENT DONALD TRUMP,

Defendants - Appellees.

_____

**No. 25-2288**
_____

TREMEL MARQUIS ROSSER,

Plaintiff - Appellant,

v.

KASH PATEL, Director of the FBI,

Defendant - Appellee.

_____

**No. 25-2298**
_____

TREMEL MARQUIS ROSSER,

Plaintiff - Appellant,

v.

CHRIS BARGERY; MARK WARNER; SEAN CAIRNCROSS,

Defendants - Appellees.

_____

**No. 25-2299**
_____

2

TREMEL MARQUIS ROSSER,

        Plaintiff - Appellant,

      v.

PAUL NEUDIGATE, Chief Virginia Beach Police; MARK P. PITTELLA, Director of United States Marshal Service; SEAN M. CURRAN, Director of United States Secret Service; ROCKY HOLCOMB,

        Defendants - Appellees.

---

**No. 25-2300**

---

TREMEL MARQUIS ROSSER,

        Plaintiff - Appellant,

      v.

ELON MUSK; JARED ISAACMAN; TULSI GABBARD; ANNE MELISSA MILGRAM,

        Defendants - Appellees.

---

**No. 25-2301**

---

TREMEL MARQUIS ROSSER,

        Plaintiff - Appellant,

      v.

KASH PATEL; ACTING ATTORNEY GENERAL TODD BLANCHE; PETE HEGSETH; JOHN L. RATCLIFFE,

        Defendants - Appellees.

3

No. 25-2302

TREMEL MARQUIS ROSSER,

Plaintiff - Appellant,

v.

LIEUTENANT GENERAL WILLIAM J. HARTMAN; SARAH A. CARTER; SUSIE WILES; DAVID O. SACKS,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jamar Kentrell Walker, District Judge.  (2:25-cv-00118-JKW-RJK; 2:25-cv-00104-JKW-RJK; 2:25-cv-00085-JKW-RJK; 2:25-cv-00040-JKW-RJK; 2:25-cv-00510-JKW-RJK; 2:25-cv-00416-JKW-RJK; 2:25-cv-00158-JKW-RJK; 2:25-cv-00486-JKW-RJK; 2:25-cv-00502-JKW-RJK)

Submitted:  April 28, 2026                          Decided:  April 30, 2026

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tremel Marquis Rosser, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

4

PER CURIAM:

Tremel Marquis Rosser appeals the district court's orders dismissing his civil actions. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Rosser's informal briefs do not challenge the basis for the district court's dispositions, he has forfeited appellate review of the court's orders. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's orders. *Rosser v. Rubio*, No. 2:25-cv-00118-JKW-RJK (E.D. Va. Oct. 6, 2025); *Rosser v. Hall*, No. 2:25-cv-00104-JKW-RJK (E.D. Va. Oct. 6, 2025); *Rosser v. Armed Forces*, No. 2:25-cv-00085-JKW-RJK (E.D. Va. Oct. 6, 2025); *Rosser v. Patel*, No. 2:25-cv-00040-JKW-RJK (E.D. Va. Oct. 6, 2025); *Rosser v. Bargery*, No. 2:25-cv-00510-JKW-RJK (E.D. Va. Oct. 6, 2025); *Rosser v. Neudigate*, No. 2:25-cv-00416-JKW-RJK (E.D. Va. Oct. 6, 2025); *Rosser v. Musk*, No. 2:25-cv-00158-JKW-RJK (E.D. Va. Oct. 6, 2025); *Rosser v. Patel*, No. 2:25-cv-00486-JKW-RJK (E.D. Va. Oct. 6, 2025); *Rosser v. Hartman*, No. 2:25-cv-00502-JKW-RJK (E.D. Va. Oct. 6, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

5